# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 10-cv-02282-CMA-BNB

SUSAN BRUNELLE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. # 6). The Court having considered Plaintiff's Notice of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

ORDERED that this action DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: October   26  , 2010

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge